United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOAD,

Plaintiff,

v.

UNKNOWN,

Defendant.

Case No. 26-cv-05690-PCP

**ORDER OF DISMISSAL**

On June 11, 2026, the Clerk of the Court sent notices to Plaintiff. Dkt. Nos. 2–4. The notices informed Plaintiff that he needed to file a complaint on the proper form, to send an *in forma pauperis* ("IFP") application to the Court before this lawsuit could proceed, and to decide whether or not to consent to the jurisdiction of a magistrate judge. *See id*. The three items of mail were returned undelivered on with a notation that Plaintiff was "not in custody," on July 17, 2026, July 27, 2026, and August 3, 2026, respectively. Dkt. No. 4.

The Clerk's notices were sent to Plaintiff at the address he provided. *Compare* Dkt. No. 1 *with* Dkt. Nos. 2–4. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty

United States District Court
Northern District of California

days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a complaint on the appropriate form and a complete IFP application in accordance with the Clerk's notices **and** a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge